**Order entered May 7, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00603-CV

### IN RE CALVIN MCNAC, Relator

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F03-71678-T**

## ORDER
Before Justices Moseley, Francis, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/     ROBERT M. FILLMORE
        JUSTICE